# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 4:94-cr-00044-MR-7

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **RODDRICK KEMTRELL McDONALD,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Defendant's "Motion to Terminate Supervised Release After Completion of One-Year of Supervision Pursuant to Title 18 U.S.C. § 3583(e)(1)" [Doc. 686].

On January 31, 1995, the Defendant was found guilty by a jury of conspiracy to possess with intent to distribute cocaine and cocaine base, as well as various related counts. The Defendant was sentenced on March 26, 1996, to 292 months of imprisonment, followed by five (5) years of supervised release. [Judgment, Doc. 129].

The Defendant now moves the Court to exercise its discretion and terminate his term of supervised release pursuant to 18 U.S.C. § 3583(e)(1). [Doc. 686].

In order to terminate a defendant's term of supervised release, the Court must be "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In the present case, the Defendant served a lengthy prison sentence and was given a supervised release term of five years. To date, the Defendant has completed only one year of supervised release. Given the relatively short time he has been on supervised release, the Court declines to exercise its discretion to terminate the Defendant's term of supervised release at this time.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's "Motion to Terminate Supervised Release After Completion of One-Year of Supervision Pursuant to Title 18 U.S.C. § 3583(e)(1)" [Doc. 686] is **DENIED**. The Defendant's term of supervised release shall continue as originally sentenced.

The Clerk is directed to serve a copy of this Order on the Defendant, counsel for the Government, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: September 5, 2014

Martin Reidinger
United States District Judge